No. 94–8975. PIETRI *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–8978. WOOD *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 94–8986. ROGERS *v.* CUYSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–8987. SMITH *v.* CARROLL ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 94–8991. MINCEY *v.* THOMAS, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 94–8992. JONES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–8993. NOEL *v.* WHITE ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8994. MELINIE *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–8995. BREWER *v.* VOINOVICH, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–8998. VIGES *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–8999. BRIGAERTS *v.* GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9003. WILSON *v.* CIRCUIT COURT OF ALABAMA, JEFFERSON COUNTY. Sup. Ct. Ala. Certiorari denied.

No. 94–9016. MCDONALD *v.* LUCHIRINI ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9024. GERMANY *v.* ZAVARAS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.